**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                         Case No: 17-17672 BKC JKO
                                                                                                      Chapter 13
RONALD MCKAY

_____Debtor._____/

## OBJECTION TO CLAIM 4 AS FILED BY MTGLQ INVESTORS, LP C/O SELENE FINANCE LP

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION. The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis of Objection and Recommended Disposition |
|---|---|---|---|
| 4 | Mtglq Investors, LP, c/o Selene Finance, LP | $644,625.21 | Claim is based on mortgage for surrendered property. .  Recommend: Strike and disallow |

Respectfully submitted on this **1st day of December, 2017**

                                                                              **VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax)
Chad@cvhlawgroup.com

By:  **/s/**
      Chad T. Van Horn, Esq.
      Florida Bar No. 64500